**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| VARSHA LNU | CIVIL ACTION NO. 26-2636 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTH LOUISIANA ICE PROCESSING CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) filed by Varsha Lnu is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 31st day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE